

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY W. LOVE | CIVIL ACTION |
| VERSUS | NO. 05-2401 |
| FAMILY DOLLAR STORES, INC., ET AL | SECTION "T"(3) |

Before this Court is a Motion to Strike Testimony and Witnesses Nina Joseph and Brad Octave, and Request for Expedited Hearing [Doc. 4] filed on behalf of Defendant, Family Dollar. This matter was submitted for the Court's consideration, without oral argument, on February, 8 2005, simultaneously with the Defendant's Motion for Summary Judgment [Doc. 25].

At the time the Family Dollar filed its Motion for Summary Judgment, the Plaintiff had not yet submitted his witness list, which was due on January 2, 2006. However, on February 8, 2006, the Plaintiff was granted leave to file his witness and exhibit lists. Therefore, because the Plaintiff was granted leave to file his witness list, the testimony and affidavits of these witnesses are properly before this Court. Therefore, Family Dollar's Motion to Strike is denied.

**IT IS ORDERED** that the Motion to Strike Testimony and Witnesses Nina Joseph and Brad Octave filed on behalf of the Defendant, Family Dollar, be and the same is hereby

1



**DENIED.**

New Orleans, Louisiana, this 3rd day of March, 2006.

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE